1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANOOKI,

           Plaintiff,

     v.

UNKNOWN,

           Defendant.

Case No.  25-cv-05930-PCP

**ORDER DISMISSING ACTION
WITHOUT PREJUDICE**

The Court received an affidavit from Plaintiff on July 15, 2025. *See* Dkt. No. 1. In an abundance of caution, the Clerk of the Court opened a lawsuit in Plaintiff's name on that date.

On the same day, the Clerk notified Plaintiff that he had failed to file a complaint on the "Civil Rights Complaint by a Prisoner" form, a copy of which was provided to Plaintiff along with the Clerk's notice. Dkt. No. 2. The Clerk also notified Plaintiff that the action was deficient due to the failure to pay the filing fee, or to complete an *in forma pauperis* ("IFP") application. Dkt. No. 3. Plaintiff was advised that the lawsuit would be dismissed if Plaintiff did not **both** file a signed complaint, **and** pay the filing fee or file the IFP application within 28 days. *See* Docket Nos. 2, 3.

Plaintiff's deadline has passed. Plaintiff did not file a complaint, nor did he pay the filing fee or file an *in forma pauperis* application. *See generally* Dkt. Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to comply with the Clerk's Notices and for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b).

If Plaintiff wishes to proceed with this lawsuit, Plaintiff may ask to reopen the action. To do this, he must file a complaint and IFP application in accordance with the instructions in the Clerk's Notices, **and** a motion with the words MOTION TO REOPEN written on the first page. In the alternative, because dismissal is without prejudice, Plaintiff may file a new action.

1    The Clerk shall close the file.

2

3    **IT IS SO ORDERED**.

4    Dated: September 15, 2025

5

6    _____

7    P. Casey Pitts
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California